IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GERALD & DONA JOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:04CV1213-MEF |
| | ) | [WO] |
| STATE FARM FIRE & CASUALTY COMPANY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Based upon Defendant State Farm Fire and Casualty Company's Motion to Withdraw It's Previously Filed Motion to Quash and Objection to RFP #10 to Depositions Subpoena [Joel Wehrman] as Being Moot, (Doc. #21), filed on 20 January 2006, which indicates that the parties have reached an agreement, and for good cause, it is

ORDERED that the motion to withdraw (Doc. #21) is GRANTED.

DONE this 24th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE